**COURTROOM MINUTE SHEET**                                             DATE <u>May 22, 2023</u>

CASE NO. <u>CR-23-00049-JD</u>               U.S.A. -v- <u>ROMERO CORLANDUS LEWIS</u>

COMMENCED <u>12:59 p.m.</u>    ENDED <u>1:35p.m.</u>
COMMENCED <u>1:58 p.m.</u>     ENDED <u>2:24p.m.</u>          TOTAL TIME <u>1 hour 24 Mins</u>

JUDGE <u>JODI W. DISHMAN</u>      DEPUTY <u>ANDREA CASTER</u>      REPORTER <u>CASSY KERR</u>

PROCEEDINGS: <u>Hearing on Defendant Lewis' Motion to Suppress and Dismiss [Doc. No. 21]; United States of America's Response [Doc. No. 25].</u>

| Plf. Counsel:   Mary E. Walters, AUSA<br>Allison B. Christian, AUSA | Dft. Counsel: Peter L. Scimeca, CJA |
|---|---|
| Probation Officer: N/A | Interpreter: N/A |

**MINUTE**: Parties present as noted above. Defendant appears in person with appointed counsel. Counsel for government presents two (2) witnesses for testimony. Witnesses sworn. Testimony of witnesses heard. The Court next hears oral argument from both parties on the motion.

WITNESSES FOR PLAINTIFF:                          WITNESSES FOR DEFENDANT:

1. <u>OCPD Officer David Riek</u>                    1. <u>Sasha Graves</u>
2. <u>OCPD Officer Sheena Alexander</u>

The court takes a recess before going back on the record.

After the recess, counsel for Defendant presents one (1) witness for testimony. Witness sworn. Testimony of witness heard.

Defendant's Motion to Suppress and Dismiss [Doc. No. 21] is **DENIED** for the reasons stated on the record and as contained in the transcript of the Court's ruling.

Defendant is remanded to the custody of the U.S. Marshal.

<u>Authority cited during hearing by Court</u>:
Constitution, Statutes, Rules:
1. U.S. Const. amend. IV
2. 18 U.S.C. § 922(g)(1)
3. Okla. Stat. tit. 47, § 11-201
4. Oklahoma City Municipal Code § 32-61
5. Fed. R. Crim. P. 12(d)
6. Fed. R. Evid. 104(a)

Cases:
1. *United States v. Mayville*, 955 F.3d 825 (10th Cir. 2020)
2. *United States v. Kitchell*, 653 F.3d 1206 (10th Cir. 2011)

3. *United States v. Romero*, 247 F. App'x 955 (10th Cir. 2007) (unpublished)
4. *United States v. Villa-Chaparro*, 115 F.3d 797 (10th Cir. 1997)
5. *United States v. Botero-Ospina*, 71 F.3d 783 (10th Cir. 1995) (en banc)
6. *United States v. Reyes*, 202 F. Supp. 3d 1209, 1213 (D. Kan. 2016)
7. *United States v. Anderson*, 62 F.4th 1260 (10th Cir. 2023)